HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES J. KILLERLANE, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLAND AMERICA LINE INC. ET AL., <br><br> Defendants. | No. C08-0941 RSM <br><br><br><br> ORDER CONTINUING TRIAL DATE AND PRE-TRIAL DEADLINES |

THIS MATTER having come before this Court on the parties' Motion to Continue the Trial Date and Pretrial Deadlines. Based on the Motion, the Court finds good cause and orders a continuance of the trial date and pretrial dates as follows:

**TRIAL DATE** **MAY 3, 2010**
At 9:00 AM

Reports from expert witnesses under FRCP 26(a)(2) due          November 1, 2009

All motions related to discovery must be filed by and noted on the          January 3, 2010
motion calendar no later than the third Friday thereafter (see CR 7(d))

ORDER CONTINUING TRIAL DATE AND
PRE-TRIAL DEADLINES
Page 1 of 3

No. C06-0999 JLR

**WEBB LAW FIRM**
225 106TH AVENUE NORTH EAST
BELLEVUE, WASHINGTON 98004
TELEPHONE: 425-454-3800

| | |
|---|---|
| Discovery completed by | January 3, 2010 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | February 2, 2010 |
| Mediation per CR 39.1(c) (3) held no later than | September 3, 2009 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | April 2, 2010 |
| Agreed Pretrial Order Due | April 19, 2010 |
| Pretrial Conference | To be scheduled by the Court |
| Trial briefs, proposed voir dire jury questions, proposed jury instructions, and trial exhibits due | April 27, 2010 |
| Length of Jury Trial | 3 days |

All remaining deadlines and instructions set forth in the Court's initial Order Setting Trial Date and Related Dates dated August 29, 2008 shall remain in effect.

A copy of this Order shall be sent to all counsel of record via ECF.

DATED this 29th day of January, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL DATE AND
PRE-TRIAL DEADLINES
Page 2 of 3

No. C06-0999 JLR

**WEBB LAW FIRM**
225 106TH AVENUE NORTH EAST
BELLEVUE, WASHINGTON 98004
TELEPHONE: 425-454-3800

Presented by:

Dated this 22nd day of January, 2009.   Dated this 22nd day of January, 2009.

WEBB LAW FIRM   NIELSEN SHIELDS, PLLC

*s/ GORDON C. WEBB*   *s/Louis A. Shields w/email authority*
_____   _____
GORDON C. WEBB, WSBA NO. 22777   LOUIS A. SHIELDS, WSBA # 25740
GREGORY N. BILYEU, WSBA #20384   Nielsen Shields, PLLC
225 106th Avenue North East   600 Stewart Street, Suite 1703
Bellevue, Washington 98004   Seattle, Washington 98101
Telephone: 425.454.3800   Telephone: 206-728-1300
Fax: 425.454.5399   Facsimile: 206-728-1302
Email: webblawfirm@msn.com   Email: las@nielsenshields.com
Email: sealaw@cnw.com   Attorney for Defendants
Attorneys for Plaintiff